**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-20949-BLOOM/Elfenbein**

LISSETH CAROLINA
LOPEZ RODRIGUEZ,

      Plaintiff,

v.

LOREN K. MILLER, Director of
Nebraska Service Center of U.S.
Citizenship and Immigration Services (USCIS);
KIKA SCOTT, Acting Director of USCIS;
KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security.

      Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [10] ("Notice"), filed on April 16, 2026. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [10]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE;**

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 26-cv-20949-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 17, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record

2